TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00551-CV

AH Apartments Limited Partnership, d/b/a Aubry Hills Apartments, Appellant

v.

Andrew Navarro, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. 240,965, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING 

PER CURIAM

 The parties have filed an agreed motion to dismiss the appeal. We grant their
motion and dismiss the appeal. Appellee's motion to strike appellant's notice of appeal and
appellee's motion for briefing schedule are submitted and dismissed as moot.

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Agreed Motion

Filed: May 13, 1999

Do Not Publish